**C. E. SMITH, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27505.

Court of Criminal Appeals of Texas.

Feb. 23, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for passing a forged instrument; the punishment, three years' confinement in the penitentiary.

Appellant has filed his personal affidavit requesting the dismissal of the appeal, which request is granted.

The appeal is dismissed.